

# THE THIRTEENTH COURT OF APPEALS

---

13-20-00315-CV

---

John Weston Roades

v.

Lisa Henderson, Individually and as Independent Administratrix of the Estate of Steven Paul Henderson, Kinsley Henderson, Koale Jaks, and Robert Popp

---

On Appeal from the
329th District Court of Wharton County, Texas
Trial Court Cause No. CV51904

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 17, 2022